439-15

# ELECTRONIC RECORD

COA # 11-12-00134-CR          OFFENSE: 22.01

STYLE: **Jack Theotrice Clark, Jr. v. The State of Texas**          COUNTY: Taylor

COA DISPOSITION: AFFIRMED          TRIAL COURT: 350th District Court

DATE: 3/12/13          Publish: YES   TC CASE #: 9708-D

# IN THE COURT OF CRIMINAL APPEALS

STYLE: **Jack Theotrice Clark, Jr. v. The State of Texas**          CCA #: **PD-0439-15**

_APPELLANT'S_ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

_REFUSED_          JUDGE: _____

DATE: _06/03/2015_          SIGNED: _____     PC: _____

JUDGE: _Per Curiam_          PUBLISH: _____     DNP: _____

-------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**